JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEG AVENUE, INC., | Case No. CV 21-7071-MWF(GJSx) |
| Plaintiff, | ORDER FOR PERMANENT INJUNCTION |
| v. | |
| BE WICKED, INC., et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation for Permanent Injunction (Docket No. 37), and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Be Wicked, Inc. ("Defendant") and its officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with anyone described in Fed. R. Civ. P. 65(d)(2)(A) or (B) shall permanently cease and desist from copying Plaintiff Leg Avenue, Inc.'s ("Plaintiff") copyrighted designs: "Hard to Get Lace" (VA0002259857), "Net Catsuit Lace" (VA0002259931), "Secret Desire" (VA0002259918), and "Shoulder Lace" (VA0002259846), or further distributing, displaying, or selling infringing products based thereon.

///

2. By ex parte applications, Plaintiff may request issuance of subpoenas, pursuant to Fed. R. Civ. P. Rules 26 through 45, as appropriate, to enable it to police and enforce compliance with this Permanent Injunction.

3. The prevailing party in any proceeding to enforce the terms of the Permanent Injunction shall be entitled to recover its attorneys' fees and costs incurred therewith.

4. This Permanent Injunction is not intended as an admission of wrongdoing by any party.

**IT IS SO ORDERED.**

Dated:  September 30, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge